## STORES V. SNOW.

Action of ejectment, for land mortgaged to the plaintiff.
Plea — Not guilty. Issue to the jury.

The defendant offered evidence to prove that both the note, and the mortgage given to secure it, were fraudulent, and done to avoid creditors. But by the court not admitted, for a fraudulent conveyance is good between the parties; although it is void as to creditors.